# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUZACK BROTHERS INC | § | Case No. 11-20169 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  of the United States Bankruptcy Code was filed on 05/11/2011 . The case was converted to one under Chapter 7 on 06/22/2011 . The undersigned trustee was appointed on 06/24/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $         15,096.79

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 663.20 |
| Bank service fees | 25.65 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $         14,407.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  10/28/2011  and the deadline for filing governmental claims was  10/28/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,259.68 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,259.68 , for a total compensation of $ 2,259.68 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 80.88 , for total expenses of $ 80.88 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2015        By:/s/BARRY A. CHATZ
                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-20169 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | LUZACK BROTHERS INC | | | | Date Filed (f) or Converted (c): | 06/22/2011 (c) |
| | | | | | 341(a) Meeting Date: | 07/27/2011 |
| For Period Ending: | 09/08/2015 | | | | Claims Bar Date: | 10/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  6945 N Clark St. Chicago IL | 350,000.00 | 31,646.29 | | 0.00 | FA |
| 2.  2008 Chevy Pick Up Truck | 8,500.00 | 0.00 | | 0.00 | FA |
| 3.  2005 Chevrolet W4500 flatbed            (u) | 3,000.00 | 5,000.00 | | 5,000.00 | FA |
| 4.  2002 Chevrolet Express Van              (u) | 500.00 | 1,750.00 | | 1,750.00 | FA |
| 5.  BANK ACCOUNTS                          (u) | 0.00 | 3,488.47 | | 3,488.47 | FA |
| 6.  ACCOUNTS RECEIVABLE                    (u) | 429,839.45 | 750.00 | | 750.00 | FA |
| 7.  REFUND                                 (u) | 0.00 | 4,108.00 | | 4,108.00 | FA |
| 8.  Real estate - 4052 N. Elston, Chicago, IL (u) | 425,000.00 | 0.00 | | 0.00 | FA |
| 9.  Office equipment, furnishings, supplies (u) | 100.00 | 0.00 | | 0.00 | FA |
| 10.  Machinery, fixtures, equipment and supplies used in business (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 11.  Inventory from business previously operated (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits       (u) | Unknown | N/A | | 0.32 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,224,439.45 | $46,742.76 | | $15,096.79 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All claims reviewed and case fully administered; accountant working on final income tax returns; upon completion of income tax returns, TFR will be prepared and submitted to UST for approval

Exhibit A

| RE PROP # | 3 | -- | 2005 CHEVROLET W4500 FLATBED |
| RE PROP # | 4 | -- | 2002 CHEVROLET EXPRESS VAN |
| RE PROP # | 5 | -- | ALBANY BANK & TRUST COMPANY, N.A. ACCOUNTS |
| RE PROP # | 7 | -- | REFEUND OF INSURANCE PREMIUM |
| RE PROP # | 9 | -- | Miscellaneous computer printers |
| RE PROP # | 10 | -- | Scaffolding, Mortar Mixers |
| RE PROP # | 11 | -- | Plaster Material |

Initial Projected Date of Final Report (TFR): 12/31/2012          Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-20169
Case Name: LUZACK BROTHERS INC

Trustee Name: BARRY A. CHATZ
Bank Name: Union Bank
Account Number/CD#: XXXXXX0458
Checking

Taxpayer ID No: XX-XXX0977
For Period Ending: 09/08/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9195 | Transfer of Funds | 9999-000 | $14,407.94 | | $14,407.94 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $14,407.94 | $0.00 |
| Less: Bank Transfers/CD's | $14,407.94 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                $14,407.94        $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-20169

Case Name: LUZACK BROTHERS INC

Taxpayer ID No: XX-XXX0977

For Period Ending: 09/08/2015

Trustee Name: BARRY A. CHATZ

Bank Name: Bank of America

Account Number/CD#: XXXXXX7507

Money Market Account (Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/11 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 SOUTH THOMAS AVENUEBRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $6,750.00 | | $6,750.00 |
| | | | Gross Receipts                    $6,750.00 | | | | |
| | 4 | | 2002 Chevrolet Express Van      $1,750.00 | 1129-000 | | | |
| | 3 | | 2005 Chevrolet W4500 flatbed    $5,000.00 | 1129-000 | | | |
| 08/29/11 | 5 | ALBANY BANK & TRUST COMPANY, N.A. 3400 WEST LAWRENCE AVENUECHICAGO, IL 60625 | BANK ACCOUNT | 1129-000 | $3,488.47 | | $10,238.47 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $10,238.50 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.08 | | $10,238.58 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.09 | | $10,238.67 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $13.04 | $10,225.63 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.08 | | $10,225.71 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $12.61 | $10,213.10 |
| 12/05/11 | 301 | DONALD DODGE American Auction Associates, Inc. | EXPENSES PURSUANT TO 9/7/11 COURT ORDER | 3620-000 | | $618.50 | $9,594.60 |
| 12/19/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $9,594.64 |
| 12/19/11 | | Transfer to Acct # XXXXXX7620 | Final Posting Transfer | 9999-000 | | $9,594.64 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,238.79 | $10,238.79 |
| Less: Bank Transfers/CD's | $0.00 | $9,594.64 |
| Page Subtotals: | $10,238.79 | $10,238.79 |

| | | |
|---|---:|---:|
| Subtotal | $10,238.79 | $644.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,238.79 | $644.15 |

Exhibit B

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Case 11-20169    Doc 78    Filed 09/09/15    Entered 09/09/15 10:11:13    Desc Main
FORM 2
Document    Page 8 of 21
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-20169 | | Trustee Name: | BARRY A. CHATZ | Exhibit B |
|---|---|---|---|---|---|
| Case Name: | LUZACK BROTHERS INC | | Bank Name: | Bank of America | |
| | | | Account Number/CD#: | XXXXXX7620 | |
| | | | | BofA - Checking Account | |
| Taxpayer ID No: | XX-XXX0977 | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/08/2015 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/11 | | Transfer from Acct # XXXXXX7507 | Transfer In From MMA Account | 9999-000 | $9,594.64 | | $9,594.64 |
| 01/20/12 | | Transfer to Acct # XXXXXX4356 | Bank Funds Transfer | 9999-000 | | $9,594.64 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,594.64 | $9,594.64 |
| Less: Bank Transfers/CD's | $9,594.64 | $9,594.64 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $9,594.64    $9,594.64

Case 11-20169   Doc 78   Filed 09/09/15   Entered 09/09/15 10:11:13   Desc Main
Document   Page 9 of 21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-20169 | | | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | LUZACK BROTHERS INC | | | Bank Name: | Congressional Bank | |
| | | | | Account Number/CD#: | XXXXXX4356 | |
| | | | | | Checking Account | |
| Taxpayer ID No: | XX-XXX0977 | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 09/08/2015 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX7620 | Bank Funds Transfer | 9999-000 | $9,594.64 | | $9,594.64 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $9.98 | $9,584.66 |
| 02/24/12 | 6 | SYLVESTER CONSTRUCTION SERVICES, IN 2742 N. LINCOLNCHICAGO, IL 60614 | ACCOUNT RECEIVABLE | 1221-000 | $750.00 | | $10,334.66 |
| 02/24/12 | 7 | RAND-TEC INSURANCE AGENCY, INC. PREMIUM TRUST FUND | REFUND | 1290-000 | $4,108.00 | | $14,442.66 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $14,442.66 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,452.64 | $14,452.64 |
| Less: Bank Transfers/CD's | $9,594.64 | $14,442.66 |
| Subtotal | $4,858.00 | $9.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,858.00 | $9.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $14,452.64          $14,452.64

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 11-20169 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUZACK BROTHERS INC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9195 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0977 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/08/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $14,442.66 | | $14,442.66 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $12.24 | $14,430.42 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $11.88 | $14,418.54 |
| 02/04/15 | 300003 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $10.60 | $14,407.94 |
| 08/21/15 | | Transfer to Acct # xxxxxx0458 | Transfer of Funds | 9999-000 | | $14,407.94 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,442.66 | $14,442.66 |
| Less: Bank Transfers/CD's | $14,442.66 | $14,407.94 |
| Subtotal | $0.00 | $34.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $34.72 |

UST Form 101-7-TFR (5/1/2011) (Page: 10)

Page Subtotals: $14,442.66   $14,442.66

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0458 - Checking | $0.00 | $0.00 | $14,407.94 |
| XXXXXX4356 - Checking Account | $4,858.00 | $9.98 | $0.00 |
| XXXXXX7507 - Money Market Account (Interest Earn | $10,238.79 | $644.15 | $0.00 |
| XXXXXX7620 - BofA - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX9195 - Checking Account | $0.00 | $34.72 | $0.00 |
| | $15,096.79 | $688.85 | $14,407.94 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $15,096.79 | |
| Total Gross Receipts: | $15,096.79 | |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-20169-ERW                                                      Date: September 8, 2015

Debtor Name: LUZACK BROTHERS INC

Claims Bar Date: 10/28/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $2,259.68 | $2,259.68 |
| 100 2200 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $80.88 | $80.88 |
| 100 3210 | COHEN & KROL 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602 | Administrative | | $0.00 | $5,216.50 | $5,216.50 |
| 100 3220 | COHEN & KROL 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602 | Administrative | | $0.00 | $12.32 | $12.32 |
| BOND 999 2300 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $24.12 | $24.12 |
| 100 3410 | POPOWCER KATTEN LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL  60601-2207 | Administrative | | $0.00 | $1,800.00 | $1,800.00 |
| 6B 40 5300 | LOCAL 786 BULDING MATERIAL PENSION FUND 300 S ASHLAND AVE SUITE 500 CHICAGO, IL  60607-2712 | Priority | | $0.00 | $4,650.00 | $4,650.00 |
| 7 40 5300 | KURT LAGERHAUSEN 6864 NORTH NORTHWEST HIGHWAY UNIT 1C CHICAGO, IL  60631 | Priority | NEW ADDRESS PER TELEPHONE CALL 4/23/12 | $0.00 | $2,750.00 | $2,750.00 |
| 8B 40 5300 | LOCAL 786 BUILDING MATERIAL WELFARE FUND 300 S ASHLAND AVE SUITE 500 CHICAGO, IL  60607 | Priority | | $0.00 | $4,650.00 | $4,650.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-20169-ERW

Debtor Name: LUZACK BROTHERS INC

Claims Bar Date: 10/28/2011

Date: September 8, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13B<br>40<br>5300 | LAKE COUNTY PLASTERERS & CEMENT MAS<br>BAUM SIGMAN AUERBACH & NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE 2200<br>CHICAGO, IL  60606 | Priority | | $0.00 | $1,998.08 | $1,998.08 |
| 14B<br>40<br>5300 | LAKE COUNTY PLASTERERS & CEMENT MAS<br>BAUM SIGMAN AUERBACH & NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE 2200<br>CHICAGO, IL  60606 | Priority | | $0.00 | $1,299.20 | $1,299.20 |
| 15B<br>40<br>5300 | FOX VALLEY & VICINITY CONSTRUCTION<br>BAUM SIGMAN AUERBACH & NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE 2200<br>CHICAGO, IL  60606 | Priority | | $0.00 | $2,184.00 | $2,184.00 |
| 16B<br>40<br>5300 | CHICAGO REGIONAL COUNCIL OF CARPENT<br>C/O BRUCE C. SCALAMBRINO<br>SCALAMBRINO & ARNOFF, LLP<br>ONE NORTH LASALLE STREET, SUITE 1600<br>CHICAGO, IL  60602 | Priority | | $0.00 | $9,137.45 | $9,137.45 |
| 22A<br>40<br>5300 | ILLINOIS DEPT. OF EMPLOYMENT SECURI<br>Attn: Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago, IL  60603 | Priority | | $1,040.97 | $1,040.97 | $1,040.97 |
| 1<br>50<br>4110 | ALLY FINANCIAL INC. F/K/A GMAC INC.<br>P.O. BOX 130424<br>ROSEVILLE, MN  55113 | Secured | (1-1) N08 CHEVCOLORADO VIN 1GCCS249188193896 | $0.00 | $7,799.64 | $7,799.64 |
| 2<br>70<br>7100 | FEDEX TECH CONNECT INC AS ASSIGNEE OF FEDEX EXPRESS/GROUND<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TENNESSEE  38116 | Unsecured | | $0.00 | $651.51 | $651.51 |

Printed: September 8, 2015

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-20169-ERW                                                                Date: September 8, 2015

Debtor Name: LUZACK BROTHERS INC

Claims Bar Date: 10/28/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>70<br>7100 | PRIME SCAFFOLDING INC.<br>1220 N ELLIS STREET<br>BENSENVILLE, IL  60106 | Unsecured | | $0.00 | $19,730.00 | $19,730.00 |
| 4<br>70<br>7100 | CAPITAL ONE BANK (USA),<br>N.A.<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Unsecured | | $0.00 | $7,098.75 | $7,098.75 |
| 5<br>70<br>7100 | COMED<br>3 LINCOLN CENTER<br>OAKBROOK TERRACE, IL<br>60181 | Unsecured | | $0.00 | $805.40 | $805.40 |
| 6A<br>70<br>7100 | LOCAL 786 BULDING<br>MATERIAL<br>PENSION FUND<br>300 S ASHLAND AVE<br>SUITE 500<br>CHICAGO, IL  60607-2712 | Unsecured | | $0.00 | $1,657.81 | $1,657.81 |
| 8A<br>70<br>7100 | LOCAL 786 BUILDING<br>MATERIAL<br>WELFARE FUND<br>300 S ASHLAND AVE<br>SUITE 500<br>CHICAGO, IL  60607 | Unsecured | | $0.00 | $2,952.15 | $2,952.15 |
| 9<br>70<br>7100 | BLUEPRINT SHOPPE INC.<br>5130 N ELSTON AVE<br>CHICAGO, IL  60630 | Unsecured | | $0.00 | $27.50 | $27.50 |
| 10<br>70<br>7100 | KURT LAGERHAUSEN<br>(OLD ADDRESS)<br>SEE CLAIM #8 FOR CURRENT<br>ADDRESS | Unsecured | Claim Withdrawn | $0.00 | $2,750.00 | $0.00 |
| 11<br>70<br>7100 | MIDWEST STUCCO -E. F. S, I<br>DISTRIBUTION<br>415 W BELDEN<br>UNIT H<br>ADDISON, IL  60101-4933 | Unsecured | | $0.00 | $154.80 | $154.80 |
| 12<br>70<br>7100 | ROY STROM REFUSE<br>REMOVAL<br>1201 GREENWOOD AVE<br>MAYWOOD, IL  60153 | Unsecured | | $0.00 | $535.23 | $535.23 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-20169-ERW

Date: September 8, 2015

Debtor Name: LUZACK BROTHERS INC

Claims Bar Date: 10/28/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13A<br>70<br>7100 | LAKE COUNTY PLASTERERS<br>& CEMENT MAS<br>BAUM SIGMAN AUERBACH &<br>NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE<br>2200<br>CHICAGO, IL 60606 | Unsecured | | $0.00 | $9,141.74 | $9,141.74 |
| 14A<br>70<br>7100 | LAKE COUNTY PLASTERERS<br>& CEMENT MAS<br>BAUM SIGMAN AUERBACH &<br>NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE<br>2200<br>CHICAGO, IL 60606 | Unsecured | | $0.00 | $5,743.77 | $5,743.77 |
| 15A<br>70<br>7100 | FOX VALLEY & VICINITY<br>CONSTRUCTION<br>BAUM SIGMAN AUERBACH &<br>NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE<br>2200<br>CHICAGO, IL 60606 | Unsecured | | $0.00 | $10,886.86 | $10,886.86 |
| 16A<br>70<br>7100 | CHICAGO REGIONAL<br>COUNCIL OF CARPENT<br>C/O BRUCE C. SCALAMBRINO<br>SCALAMBRINO & ARNOFF,<br>LLP<br>ONE NORTH LASALLE<br>STREET, SUITE 1600<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $11,446.97 | $11,446.97 |
| 17<br>70<br>7100 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | Unsecured | (17-1) 8743 | $0.00 | $1,757.37 | $1,757.37 |
| 18<br>70<br>7100 | C. J. CUNNINGHAM<br>4600 WEST ADDISON AVE<br>CHICAGO, IL 60641 | Unsecured | | $0.00 | $936.43 | $936.43 |
| 19<br>70<br>7100 | KMB MECHANICAL INC.<br>748 E CARPENTER DRIVE<br>PALATINE, IL 60074 | Unsecured | | $0.00 | $434.00 | $434.00 |

Printed: September 8, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-20169-ERW                                                                                    Date: September 8, 2015
Debtor Name: LUZACK BROTHERS INC
Claims Bar Date: 10/28/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20 70 7100 | PAYCHEX INC PAUL WEBB 1175 JOHN ST WEST HENRIETTA, NY  14586 | Unsecured | | $0.00 | $22,937.68 | $22,937.68 |
| 21 70 7200 | KENNEDY & KIMBALL SERVICE 3330 N KIMBAL AVE CHICAGO, IL  60618 | Unsecured | | $0.00 | $236.50 | $236.50 |
| 22B 70 7200 | ILLINOIS DEPT. OF EMPLOYMENT SECURI Attn: Bankruptcy Unit - 10th Floor 33 South State Street Chicago, IL  60603 | Unsecured | | $0.00 | $240.00 | $240.00 |
| | Case Totals | | | $1,040.97 | $145,027.31 | $142,277.31 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: September 8, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-20169
Case Name: LUZACK BROTHERS INC
Trustee Name: BARRY A. CHATZ

Balance on hand                                    $         14,407.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL INC. F/K/A GMAC INC. | $      7,799.64 | $      7,799.64 | $      0.00 | $      0.00 |

Total to be paid to secured creditors          $              0.00

Remaining Balance                              $         14,407.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $      2,259.68 | $      0.00 | $      2,259.68 |
| Trustee Expenses: BARRY A. CHATZ | $      80.88 | $      0.00 | $      80.88 |
| Attorney for Trustee Fees: COHEN & KROL | $      5,216.50 | $      0.00 | $      5,216.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $      12.32 | $      0.00 | $      12.32 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $      1,800.00 | $      0.00 | $      1,800.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $      24.12 | $      24.12 | $      0.00 |

Total to be paid for chapter 7 administrative expenses      $         9,369.38

Remaining Balance                              $         5,038.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 27,709.70  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6B | LOCAL 786 BULDING MATERIAL | $    4,650.00 | $    0.00 | $    845.53 |
| 7 | KURT LAGERHAUSEN | $    2,750.00 | $    0.00 | $    500.04 |
| 8B | LOCAL 786 BUILDING MATERIAL | $    4,650.00 | $    0.00 | $    845.53 |
| 13B | LAKE COUNTY PLASTERERS & CEMENT MAS | $    1,998.08 | $    0.00 | $    363.32 |
| 14B | LAKE COUNTY PLASTERERS & CEMENT MAS | $    1,299.20 | $    0.00 | $    236.24 |
| 15B | FOX VALLEY & VICINITY CONSTRUCTION | $    2,184.00 | $    0.00 | $    397.13 |
| 16B | CHICAGO REGIONAL COUNCIL OF CARPENT | $    9,137.45 | $    0.00 | $    1,661.50 |
| 22A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $    1,040.97 | $    0.00 | $    189.27 |

Total to be paid to priority creditors            $            5,038.56

Remaining Balance            $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,897.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FEDEX TECH CONNECT INC | $ 651.51 | $ 0.00 | $ 0.00 |
| 3 | PRIME SCAFFOLDING INC. | $ 19,730.00 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 7,098.75 | $ 0.00 | $ 0.00 |
| 5 | COMED | $ 805.40 | $ 0.00 | $ 0.00 |
| 6A | LOCAL 786 BULDING MATERIAL | $ 1,657.81 | $ 0.00 | $ 0.00 |
| 8A | LOCAL 786 BUILDING MATERIAL | $ 2,952.15 | $ 0.00 | $ 0.00 |
| 9 | BLUEPRINT SHOPPE INC. | $ 27.50 | $ 0.00 | $ 0.00 |
| 10 | KURT LAGERHAUSEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | MIDWEST STUCCO -E. F. S, I | $ 154.80 | $ 0.00 | $ 0.00 |
| 12 | ROY STROM REFUSE REMOVAL | $ 535.23 | $ 0.00 | $ 0.00 |
| 13A | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 9,141.74 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14A | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 5,743.77 | $ 0.00 | $ 0.00 |
| 15A | FOX VALLEY & VICINITY CONSTRUCTION | $ 10,886.86 | $ 0.00 | $ 0.00 |
| 16A | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 11,446.97 | $ 0.00 | $ 0.00 |
| 17 | VERIZON WIRELESS | $ 1,757.37 | $ 0.00 | $ 0.00 |
| 18 | C. J. CUNNINGHAM | $ 936.43 | $ 0.00 | $ 0.00 |
| 19 | KMB MECHANICAL INC. | $ 434.00 | $ 0.00 | $ 0.00 |
| 20 | PAYCHEX INC | $ 22,937.68 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 476.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | KENNEDY & KIMBALL SERVICE | $ 236.50 | $ 0.00 | $ 0.00 |
| 22B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 240.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE