# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUZACK BROTHERS INC | § | Case No. 11-20169 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, October 7, 2015 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/08/2015            By: /s/ Barry A. Chatz, Trustee
                                                                    Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| LUZACK BROTHERS INC | § | Case No. 11-20169 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,096.79 |
| and approved disbursements of | $ | 688.85 |
| leaving a balance on hand of[1] | $ | 14,407.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL INC. F/K/A GMAC INC. | $ 7,799.64 | $ 7,799.64 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 14,407.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,259.68 | $ 0.00 | $ 2,259.68 |
| Trustee Expenses: BARRY A. CHATZ | $ 80.88 | $ 0.00 | $ 80.88 |
| Attorney for Trustee Fees: COHEN & KROL | $ 5,216.50 | $ 0.00 | $ 5,216.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 12.32 | $ 0.00 | $ 12.32 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 1,800.00 | $ 0.00 | $ 1,800.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 24.12 | $ 24.12 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,369.38 |
| Remaining Balance | $ 5,038.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 27,709.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6B | LOCAL 786 BULDING MATERIAL | $ 4,650.00 | $ 0.00 | $ 845.53 |
| 7 | KURT LAGERHAUSEN | $ 2,750.00 | $ 0.00 | $ 500.04 |
| 8B | LOCAL 786 BUILDING MATERIAL | $ 4,650.00 | $ 0.00 | $ 845.53 |
| 13B | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 1,998.08 | $ 0.00 | $ 363.32 |
| 14B | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 1,299.20 | $ 0.00 | $ 236.24 |
| 15B | FOX VALLEY & VICINITY CONSTRUCTION | $ 2,184.00 | $ 0.00 | $ 397.13 |
| 16B | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 9,137.45 | $ 0.00 | $ 1,661.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 22A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 1,040.97 | $ 0.00 | $ 189.27 |

|  |  |  |  |
|---|---|---|---|
| Total to be paid to priority creditors | | $ 5,038.56 |
| Remaining Balance | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,897.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FEDEX TECH CONNECT INC | $ 651.51 | $ 0.00 | $ 0.00 |
| 3 | PRIME SCAFFOLDING INC. | $ 19,730.00 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 7,098.75 | $ 0.00 | $ 0.00 |
| 5 | COMED | $ 805.40 | $ 0.00 | $ 0.00 |
| 6A | LOCAL 786 BULDING MATERIAL | $ 1,657.81 | $ 0.00 | $ 0.00 |
| 8A | LOCAL 786 BUILDING MATERIAL | $ 2,952.15 | $ 0.00 | $ 0.00 |
| 9 | BLUEPRINT SHOPPE INC. | $ 27.50 | $ 0.00 | $ 0.00 |
| 10 | KURT LAGERHAUSEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | MIDWEST STUCCO - E. F. S, I | $ 154.80 | $ 0.00 | $ 0.00 |
| 12 | ROY STROM REFUSE REMOVAL | $ 535.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13A | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 9,141.74 | $ 0.00 | $ 0.00 |
| 14A | LAKE COUNTY PLASTERERS & CEMENT MAS | $ 5,743.77 | $ 0.00 | $ 0.00 |
| 15A | FOX VALLEY & VICINITY CONSTRUCTION | $ 10,886.86 | $ 0.00 | $ 0.00 |
| 16A | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 11,446.97 | $ 0.00 | $ 0.00 |
| 17 | VERIZON WIRELESS | $ 1,757.37 | $ 0.00 | $ 0.00 |
| 18 | C. J. CUNNINGHAM | $ 936.43 | $ 0.00 | $ 0.00 |
| 19 | KMB MECHANICAL INC. | $ 434.00 | $ 0.00 | $ 0.00 |
| 20 | PAYCHEX INC | $ 22,937.68 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 476.50  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | KENNEDY & KIMBALL SERVICE | $ 236.50 | $ 0.00 | $ 0.00 |
| 22B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 240.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                                                          Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-20169-ERW
Luzack Brothers Inc                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick          Page 1 of 2          Date Rcvd: Sep 10, 2015
                             Form ID: pdf006          Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2015.
```
db             #+Luzack Brothers Inc,   4052 N Elston,   Chicago, IL 60618-2122
17264006        +Albany Bank & Trust,   3400 W Lawrence,   Chicago, IL 60625-5188
17582361        +Blueprint Shoppe Inc.,   5130 N Elston Ave,   Chicago, IL 60630-2429
17264012       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citi Business Card,   P.O. Box 688901,   Des Moines, IA 50368)
17264008        +Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
17415813         Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
17582363        +Carpenters Trust Fund,   PO Box 94432,   Chicago, IL 60690-4432
17264009       #+Chicago Plastering Institute,   5611 W 120th,   Alsip, IL 60803-3449
17264011        +Chicago Regional Council of Carpent,   PO Box 94432,   Chicago, IL 60690-4432
17850242        +Chicago Regional Council of Carpenters,   c/o Bruce C. Scalambrino,   Scalambrino & Arnoff, LLP,
                 One North LaSalle Street, Suite 1600,   Chicago, IL 60602-3935
17582364        +City of Chicago Dept of Revenue,   P.O. Box 88292,   Chicago, IL 60680-1292
17582365        +Comcast,   PO Box 3001,   Southeastern, PA 19398-3001
17582368        +Fed Ex,   PO Box 94515,   Palatine, IL 60094-4515
17381121        +FedEx Tech Connect Inc,   As Assignee of FedEx Express/Ground,
                 3965 Airways Blvd, Module G, 3rd Floor,   Memphis, Tennessee 38116-5017
17264013        +First Commercial Bank,   6945 N Clark St,   Chicago, IL 60626-3298
17808520        +Fox Valley & Vicinity Construction Workers Welfare,   Baum Sigman Auerbach & Neuman,
                 c/o Patrick N. Ryan,   200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
17264014        +Fox Valley Vicinity Construction,   75 Remittance Dr.,   Suite 3163,   Chicago, IL 60675-3163
17582369        +Home Depot,   1232 W North Ave,   Chicago, IL 60642-1510
17264015        +Home Depot Credit Services,   PO Box 183175,   Columbus, OH 43218-3175
17619573        +Illinois Department of,  Revenue,   PO Box 64338,   Chicago, IL 60664-0338
17582370        +JC Licht/Epco,   24196 Network Place,   Chicago, IL 60673-1241
17582372        +KMB Mechanical Inc.,   748 E Carpenter Drive,   Palatine, IL 60074-3710
17582371        +Kennedy & Kimball Service,   3330 N Kimbal Ave,   Chicago, IL 60618-5504
17582373        +Laborers Pension Welfare Funds,   11465 Cermak Road,   Westchester, IL 60154-5771
17264016        +Lake County IL Plasters and Cement,   PO Box 92871,   Chicago, IL 60675-2871
17808496        +Lake County Plasterers & Cement Masons Pension,   Baum Sigman Auerbach & Neuman,
                 c/o Patrick N. Ryan,   200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
17808498        +Lake County Plasterers & Cement Masons Retirement,   Baum Sigman Auerbach & Neuman,
                 c/o Patrick N. Ryan,   200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
17264017        +Local 786 Building Material,   Welfare Fund,   300 S Ashland Ave,   Suite 500,
                 Chicago, IL 60607-2712
17264018         Local 786 Bulding Material,   pension Fund,   300 S Ashland Ave,   Suite 500,
                 Chicago,IL 60607-2712
17404913        +Matthew Luczak,   2150 N Coldspring Road,   Arlington Heights, IL 60004-7232
17264019        +Michelle Faust Sculpture,   2025 S Halsted,   Chicago, IL 60608-3448
17582374         Midwest Stucco -E.I.F.S,   Distribution,   415 W Belden,   Unit H,   Addison, IL 60101-4933
17264020        +OP& CMIA Local II Area 362,   28874 Rand Road,   Unit,   McHenry, IL 60051-7204
17582375        +Paychex of New York,   1175 John Street,   West Henrietta, NY 14586-9199
17264021        +Prime Scaffolding Inc.,   1220 N Ellis Street,   Bensenville, IL 60106-1119
17264022        +R.G. Construction Services Inc.,   936 North Larch Ave,   Elmhurst, IL 60126-1115
17582378        +Reynolds Advanced Materials,   5346 E. Ave.,   La Grange, IL 60525-3134
17582379        +Roy Strom Refuse Removal,   1201 Greenwood Ave,   Maywood, IL 60153-2319
17582380        +Triangle Service,   4060 N Elston,   Chicago, IL 60618-2122
17582381        +Verizon Wireless,   PO Box 25505,   Lehigh Valley, PA 18002-5505
17582382        +Wellbuilt Equipment,   25210 S State Street,   Crete, IL 60417-4027
17582377        +rand-Tec Insurance,   977 Lakeview Parkway,   Suite 105,   Vernon Hills, IL 60061-1444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17264007        +E-mail/Text: ally@ebn.phinsolutions.com Sep 11 2015 01:17:15     Ally,   PO Box 9001948,
                 Louisville, KY 40290-1948
17288401        +E-mail/Text: ally@ebn.phinsolutions.com Sep 11 2015 01:17:15
                 Ally Financial Inc. f/k/a GMAC Inc.,   P.O. Box 130424,   Roseville, MN 55113-0004
17530189        +E-mail/Text: legalcollections@comed.com Sep 11 2015 01:19:09     ComEd,   3 Lincoln Center,
                 Oakbrook Terrace, IL 60181-4204
17582366        +E-mail/Text: legalcollections@comed.com Sep 11 2015 01:19:09     Commonwealth Edison,
                 P.O. Box 6111,   Carol Stream, IL 60197-6111
17582367        +E-mail/Text: akrestel@cvldc.org Sep 11 2015 01:18:18     Construction & General Laborers,
                 District Council of Chicago,   999 McClintock Drive,   Willowbrook, IL 60527-0824
17619574        +E-mail/Text: cio.bncmail@irs.gov Sep 11 2015 01:17:30     IRS,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
18125811        +E-mail/Text: des.claimantbankruptcy@illinois.gov Sep 11 2015 01:19:16
                 Illinois Department of Employment Security,   33 South State Street,
                 Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
17992151        +E-mail/Text: jvolpe@paychex.com Sep 11 2015 01:17:29     Paychex Inc,   Paul Webb,
                 1175 John St,   West Henrietta, NY 14586-9102
                                                                                         TOTAL: 8
```

District/off: 0752-1            User: driddick          Page 2 of 2              Date Rcvd: Sep 10, 2015
                               Form ID: pdf006          Total Noticed: 50

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17264010*     +Chicago Plastering Institute,    5611 W 120th,    Alsip, IL 60803-3449
17619575*     +Matthew Luczak,    2150 N Coldspring Road,    Arlington Heights, IL 60004-7232
17619576*     +Paychex of New York,    1175 John St.,    West Henrietta, NY 14586-9199
17619577*     +Reynolds Advanced Materials,    5346 E. Ave.,    La Grange, IL 60525-3134
17619578*     +Triangle Service,    4060 N Elston,    Chicago, IL 60618-2122
17619579*     +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
17582362     ##+C.J. Cunningham,    4600 West Addison Ave,    Chicago, IL 60641-3701
17543530     ##+Kurt Lagerhausen,    109 N Western,    Park Ridge, IL 60068-3131
17582376     ##+Peoples Gas,    130 E Randolph,    Chicago, IL 60601-6207
17877631     ##+Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
                                                                          TOTALS: 0, * 6, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2015 at the address(es) listed below:
              Barry A Chatz   bachatz@arnstein.com,
              bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com.
              Brenda Porter Helms, ESQ   on behalf of Creditor    Albany Bank & Trust Company N.A.
              brenda.helms@albanybank.com
              Christina K Krivanek   on behalf of Creditor    Laborers' Pension Fund christinak@chilpwf.com,
              fundcounsel@gmail.com;vedranaa@chilpwf.com
              E. Philip  Groben   on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
              trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ   on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
              gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              James M Philbrick   on behalf of Creditor    Ally Financial f/k/a GMAC jmphilbrick@att.net
              John Nasiakos   on behalf of Debtor    Luzack Brothers Inc john@nasiakoslaw.com
              Joseph E Cohen   on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
              jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Patrick T. Wallace   on behalf of Creditor    Laborers' Pension Fund wallace.patrick@gmail.com,
              fundcounsel@gmail.com
                                                                          TOTAL: 10