# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUZACK BROTHERS INC | § | Case No. 11-20169 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 791,100.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 5,038.56 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 10,058.23 | |

3) Total gross receipts of $ 15,096.79  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,096.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 476,592.31 | $ 7,799.64 | $ 7,799.64 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,058.23 | 10,058.23 | 10,058.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,040.97 | 27,709.70 | 27,709.70 | 5,038.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 703,947.57 | 100,124.47 | 97,374.47 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,181,580.85 | $ 145,692.04 | $ 142,942.04 | $ 15,096.79 |

4) This case was originally filed under chapter on 05/11/2011 , and it was converted to chapter 7 on 06/22/2011 . The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2016                    By: /s/BARRY A. CHATZ
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Chevrolet Express Van | 1129-000 | 1,750.00 |
| 2005 Chevrolet W4500 flatbed | 1129-000 | 5,000.00 |
| BANK ACCOUNTS | 1129-000 | 3,488.47 |
| ACCOUNTS RECEIVABLE | 1221-000 | 750.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.32 |
| REFUND | 1290-000 | 4,108.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,096.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albany Bank & Trust 3400 W Lawrence Chicago, IL 60625 | | 150,000.00 | NA | NA | 0.00 |
| | Ally PO Box 9001948 Louisville, KY 40290 | | 8,238.60 | NA | NA | 0.00 |
| | First Commercial Bank 6945 N Clark St Chicago, IL 60626 | | 318,353.71 | NA | NA | 0.00 |
| 1 | ALLY FINANCIAL INC. F/K/A GMAC INC. | 4110-000 | NA | 7,799.64 | 7,799.64 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 476,592.31 | $ 7,799.64 | $ 7,799.64 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,259.68 | 2,259.68 | 2,259.68 |
| BARRY A. CHATZ | 2200-000 | NA | 80.88 | 80.88 | 80.88 |
| Arthur B. Levine Company | 2300-000 | NA | 10.60 | 10.60 | 10.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 34.10 | 34.10 | 34.10 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 25.65 | 25.65 | 25.65 |
| COHEN & KROL | 3210-000 | NA | 5,216.50 | 5,216.50 | 5,216.50 |
| COHEN & KROL | 3220-000 | NA | 12.32 | 12.32 | 12.32 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN LTD. | 3410-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| DONALD DODGE | 3620-000 | NA | 618.50 | 618.50 | 618.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,058.23 | $ 10,058.23 | $ 10,058.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16B | CHICAGO REGIONAL COUNCIL OF CARPENT | 5300-000 | NA | 9,137.45 | 9,137.45 | 1,661.50 |
| 15B | FOX VALLEY & VICINITY CONSTRUCTION | 5300-000 | NA | 2,184.00 | 2,184.00 | 397.13 |
| 22A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5300-000 | 1,040.97 | 1,040.97 | 1,040.97 | 189.27 |
| 7 | KURT LAGERHAUSEN | 5300-000 | NA | 2,750.00 | 2,750.00 | 500.04 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13B | LAKE COUNTY PLASTERERS & CEMENT MAS | 5300-000 | NA | 1,998.08 | 1,998.08 | 363.32 |
| 14B | LAKE COUNTY PLASTERERS & CEMENT MAS | 5300-000 | NA | 1,299.20 | 1,299.20 | 236.24 |
| 8B | LOCAL 786 BUILDING MATERIAL | 5300-000 | NA | 4,650.00 | 4,650.00 | 845.53 |
| 6B | LOCAL 786 BULDING MATERIAL | 5300-000 | NA | 4,650.00 | 4,650.00 | 845.53 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 1,040.97 | $ 27,709.70 | $ 27,709.70 | $ 5,038.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197 | | 6,782.85 | NA | NA | 0.00 |
| | Chicago Plastering Institute 5611 W 120th Alsip, IL 60803 | | 345,333.22 | NA | NA | 0.00 |
| | Chicago Plastering Institute 5611 W 120th Alsip, IL 60803 | | 204,430.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Regional Council of Carpent PO Box 94432 Chicago, IL 60690 | | 27,123.04 | NA | NA | 0.00 |
| | Citi Business Card P.O. Box 688901 Des Moines, IA 50368 | | 12,063.61 | NA | NA | 0.00 |
| | Home Depot Credit Services PO Box 183175 Columbus, OH 43218 | | 6,675.18 | NA | NA | 0.00 |
| | Lake County IL Plasters and Cement PO Box 92871 Chicago, IL 60675 | | 27,746.29 | NA | NA | 0.00 |
| | Local 786 Building Material 300 S Ashland Ave Suite 500 Chicago, IL 60607 | | 5,562.00 | NA | NA | 0.00 |
| | Local 786 Bulding Material Pension 300 S Ashland Ave Suite 500 | | 4,428.00 | NA | NA | 0.00 |
| | Michelle Faust Sculpture 2025 S Halsted Chicago, IL 60608 | | 32,935.36 | NA | NA | 0.00 |
| | OP& CMIA Local II Area 362 28874 Rand Road Unit McHenry, IL 60051 | | 756.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Prime Scaffolding Inc. 1220 N Ellis Street Bensenville, IL 60106 | | 19,600.00 | NA | NA | 0.00 |
| | R.G. Construction Services Inc. 936 North Larch Ave Elmhurst, IL 60126 | | 10,511.00 | NA | NA | 0.00 |
| 9 | BLUEPRINT SHOPPE INC. | 7100-000 | NA | 27.50 | 27.50 | 0.00 |
| 18 | C. J. CUNNINGHAM | 7100-000 | NA | 936.43 | 936.43 | 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 7,098.75 | 7,098.75 | 0.00 |
| 16A | CHICAGO REGIONAL COUNCIL OF CARPENT | 7100-000 | NA | 11,446.97 | 11,446.97 | 0.00 |
| 5 | COMED | 7100-000 | NA | 805.40 | 805.40 | 0.00 |
| 2 | FEDEX TECH CONNECT INC | 7100-000 | NA | 651.51 | 651.51 | 0.00 |
| 15A | FOX VALLEY & VICINITY CONSTRUCTION | 7100-000 | NA | 10,886.86 | 10,886.86 | 0.00 |
| 19 | KMB MECHANICAL INC. | 7100-000 | NA | 434.00 | 434.00 | 0.00 |
| 10 | KURT LAGERHAUSEN | 7100-000 | NA | 2,750.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13A | LAKE COUNTY PLASTERERS & CEMENT MAS | 7100-000 | NA | 9,141.74 | 9,141.74 | 0.00 |
| 14A | LAKE COUNTY PLASTERERS & CEMENT MAS | 7100-000 | NA | 5,743.77 | 5,743.77 | 0.00 |
| 8A | LOCAL 786 BUILDING MATERIAL | 7100-000 | NA | 2,952.15 | 2,952.15 | 0.00 |
| 6A | LOCAL 786 BULDING MATERIAL | 7100-000 | NA | 1,657.81 | 1,657.81 | 0.00 |
| 11 | MIDWEST STUCCO -E. F. S, I | 7100-000 | NA | 154.80 | 154.80 | 0.00 |
| 20 | PAYCHEX INC | 7100-000 | NA | 22,937.68 | 22,937.68 | 0.00 |
| 3 | PRIME SCAFFOLDING INC. | 7100-000 | NA | 19,730.00 | 19,730.00 | 0.00 |
| 12 | ROY STROM REFUSE REMOVAL | 7100-000 | NA | 535.23 | 535.23 | 0.00 |
| 17 | VERIZON WIRELESS | 7100-000 | NA | 1,757.37 | 1,757.37 | 0.00 |
| 22B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 7200-000 | NA | 240.00 | 240.00 | 0.00 |
| 21 | KENNEDY & KIMBALL SERVICE | 7200-000 | NA | 236.50 | 236.50 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 703,947.57 | $ 100,124.47 | $ 97,374.47 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-20169 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | LUZACK BROTHERS INC | | | | Date Filed (f) or Converted (c): | 06/22/2011 (c) |
| | | | | | 341(a) Meeting Date: | 07/27/2011 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 10/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6945 N Clark St. Chicago IL | 350,000.00 | 31,646.29 | | 0.00 | FA |
| 2. 2008 Chevy Pick Up Truck | 8,500.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Chevrolet W4500 flatbed (u) | 3,000.00 | 5,000.00 | | 5,000.00 | FA |
| 4. 2002 Chevrolet Express Van (u) | 500.00 | 1,750.00 | | 1,750.00 | FA |
| 5. BANK ACCOUNTS (u) | 0.00 | 3,488.47 | | 3,488.47 | FA |
| 6. ACCOUNTS RECEIVABLE (u) | 429,839.45 | 750.00 | | 750.00 | FA |
| 7. REFUND (u) | 0.00 | 4,108.00 | | 4,108.00 | FA |
| 8. Real estate - 4052 N. Elston, Chicago, IL (u) | 425,000.00 | 0.00 | | 0.00 | FA |
| 9. Office equipment, furnishings, supplies (u) | 100.00 | 0.00 | | 0.00 | FA |
| 10. Machinery, fixtures, equipment and supplies used in business (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Inventory from business previously operated (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,224,439.45 | $46,742.76 | | $15,096.79 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All claims reviewed and case fully administered; accountant working on final income tax returns; upon completion of income tax returns, TFR will be prepared and submitted to UST for approval

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | 2005 CHEVROLET W4500 FLATBED |
| RE PROP # | 4 | -- | 2002 CHEVROLET EXPRESS VAN |
| RE PROP # | 5 | -- | ALBANY BANK & TRUST COMPANY, N.A. ACCOUNTS |
| RE PROP # | 7 | -- | REFEUND OF INSURANCE PREMIUM |
| RE PROP # | 9 | -- | Miscellaneous computer printers |
| RE PROP # | 10 | -- | Scaffolding, Mortar Mixers |
| RE PROP # | 11 | -- | Plaster Material |

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2012          Current Projected Date of Final Report (TFR): 06/30/2015

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-20169 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUZACK BROTHERS INC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0458 |
| | Checking |
| Taxpayer ID No: XX-XXX0977 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9195 | Transfer of Funds | 9999-000 | $14,407.94 | | $14,407.94 |
| 10/07/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $2,340.56 | $12,067.38 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($2,259.68) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($80.88) | 2200-000 | | | |
| 10/07/15 | 400002 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Distribution | | | $5,228.82 | $6,838.56 |
| | | COHEN & KROL | ATTORNEY FOR TRUSTEE ($5,216.50) | 3210-000 | | | |
| | | COHEN & KROL | Final distribution representing a payment of 100.00 % per court order. ($12.32) | 3220-000 | | | |
| 10/07/15 | 400003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,800.00 | $5,038.56 |
| 10/07/15 | 400004 | LOCAL 786 BULDING MATERIAL PENSION FUND<br>300 S ASHLAND AVE<br>SUITE 500<br>CHICAGO, IL 60607-2712 | Final distribution to claim 6 representing a payment of 18.18 % per court order. | 5300-000 | | $845.53 | $4,193.03 |
| 10/07/15 | 400005 | KURT LAGERHAUSEN<br>6864 NORTH NORTHWEST HIGHWAY<br>UNIT 1C<br>CHICAGO, IL 60631 | Final distribution to claim 7 representing a payment of 18.18 % per court order. | 5300-000 | | $500.04 | $3,692.99 |
| 10/07/15 | 400006 | LOCAL 786 BUILDING MATERIAL WELFARE FUND<br>300 S ASHLAND AVE<br>SUITE 500<br>CHICAGO, IL 60607 | Final distribution to claim 8 representing a payment of 18.18 % per court order. | 5300-000 | | $845.53 | $2,847.46 |

Page Subtotals: $14,407.94 $11,560.48

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-20169 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUZACK BROTHERS INC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0458 |
| | Checking |
| Taxpayer ID No: XX-XXX0977 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | 400007 | LAKE COUNTY PLASTERERS & CEMENT MAS<br>BAUM SIGMAN AUERBACH & NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE 2200<br>CHICAGO, IL  60606 | Distribution | | | | $599.56 | $2,247.90 |
| | | LAKE COUNTY PLASTERERS & CEMENT MAS | Final distribution to claim 13 representing a payment of 18.18 % per court order. | ($363.32) | 5300-000 | | | |
| | | LAKE COUNTY PLASTERERS & CEMENT MAS | Final distribution to claim 14 representing a payment of 18.18 % per court order. | ($236.24) | 5300-000 | | | |
| 10/07/15 | 400008 | FOX VALLEY & VICINITY CONSTRUCTION<br>BAUM SIGMAN AUERBACH & NEUMAN<br>C/O PATRICK N. RYAN<br>200 W. ADAMS STREET, SUITE 2200<br>CHICAGO, IL  60606 | Final distribution to claim 15 representing a payment of 18.18 % per court order. | | 5300-000 | | $397.13 | $1,850.77 |
| 10/07/15 | 400009 | CHICAGO REGIONAL COUNCIL OF CARPENT<br>C/O BRUCE C. SCALAMBRINO<br>SCALAMBRINO & ARNOFF, LLP<br>ONE NORTH LASALLE STREET, SUITE 1600<br>CHICAGO, IL  60602 | Final distribution to claim 16 representing a payment of 18.18 % per court order. | | 5300-000 | | $1,661.50 | $189.27 |
| 10/07/15 | 400010 | ILLINOIS DEPT. OF EMPLOYMENT SECURI<br>Attn: Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago, IL  60603 | Final distribution to claim 22 representing a payment of 18.18 % per court order. | | 5300-000 | | $189.27 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $14,407.94 | $14,407.94 |
| Less: Bank Transfers/CD's | $14,407.94 | $0.00 |
| Subtotal | $0.00 | $14,407.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,407.94 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $2,847.46 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20169 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | LUZACK BROTHERS INC | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX7507 |
| | | | Money Market Account (Interest Earn |
| Taxpayer ID No: | XX-XXX0977 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/11 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 SOUTH THOMAS AVENUEBRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | | $6,750.00 | | $6,750.00 |
| | | | Gross Receipts         $6,750.00 | | | | |
| | 4 | | 2002 Chevrolet Express Van     $1,750.00 | 1129-000 | | | |
| | 3 | | 2005 Chevrolet W4500 flatbed    $5,000.00 | 1129-000 | | | |
| 08/29/11 | 5 | ALBANY BANK & TRUST COMPANY, N.A. 3400 WEST LAWRENCE AVENUECHICAGO, IL 60625 | BANK ACCOUNT | 1129-000 | $3,488.47 | | $10,238.47 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $10,238.50 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.08 | | $10,238.58 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.09 | | $10,238.67 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $13.04 | $10,225.63 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.08 | | $10,225.71 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $12.61 | $10,213.10 |
| 12/05/11 | 301 | DONALD DODGE American Auction Associates, Inc. | EXPENSES PURSUANT TO 9/7/11 COURT ORDER | 3620-000 | | $618.50 | $9,594.60 |
| 12/19/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $9,594.64 |
| 12/19/11 | | Transfer to Acct # XXXXXX7620 | Final Posting Transfer | 9999-000 | | $9,594.64 | $0.00 |

|  | COLUMN TOTALS | $10,238.79 | $10,238.79 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $9,594.64 |
|  | Page Subtotals: | $10,238.79 | $10,238.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

|  | | |
|---|---:|---:|
| Subtotal | $10,238.79 | $644.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,238.79 | $644.15 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-20169 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | LUZACK BROTHERS INC | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX7620 |
| | | | BofA - Checking Account |
| Taxpayer ID No: | XX-XXX0977 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/11 | | Transfer from Acct # XXXXXX7507 | Transfer In From MMA Account | 9999-000 | $9,594.64 | | $9,594.64 |
| 01/20/12 | | Transfer to Acct # XXXXXX4356 | Bank Funds Transfer | 9999-000 | | $9,594.64 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $9,594.64 | $9,594.64 |
| Less: Bank Transfers/CD's | $9,594.64 | $9,594.64 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-20169 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUZACK BROTHERS INC | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX4356 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0977 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX7620 | Bank Funds Transfer | 9999-000 | $9,594.64 | | $9,594.64 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $9.98 | $9,584.66 |
| 02/24/12 | 6 | SYLVESTER CONSTRUCTION SERVICES, IN 2742 N. LINCOLNCHICAGO, IL 60614 | ACCOUNT RECEIVABLE | 1221-000 | $750.00 | | $10,334.66 |
| 02/24/12 | 7 | RAND-TEC INSURANCE AGENCY, INC. PREMIUM TRUST FUND | REFUND | 1290-000 | $4,108.00 | | $14,442.66 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | $14,442.66 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,452.64 | $14,452.64 |
| Less: Bank Transfers/CD's | $9,594.64 | $14,442.66 |
| Subtotal | $4,858.00 | $9.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,858.00 | $9.98 |

| | | |
|---|---|---|
| Page Subtotals: | $14,452.64 | $14,452.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-20169 | Trustee Name: BARRY A. CHATZ |
| Case Name: LUZACK BROTHERS INC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9195 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0977 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $14,442.66 | | $14,442.66 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $12.24 | $14,430.42 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $11.88 | $14,418.54 |
| 02/04/15 | 300003 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $10.60 | $14,407.94 |
| 08/21/15 | | Transfer to Acct # xxxxxx0458 | Transfer of Funds | 9999-000 | | $14,407.94 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,442.66 | $14,442.66 |
| Less: Bank Transfers/CD's | $14,442.66 | $14,407.94 |
| Subtotal | $0.00 | $34.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $34.72 |

UST Form 101-7-TDR (10/1/2010) (Page: 19)                                  Page Subtotals:   $14,442.66   $14,442.66

Exhibit 9

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0458 - Checking | $0.00 | $14,407.94 | $0.00 |
| XXXXXX4356 - Checking Account | $4,858.00 | $9.98 | $0.00 |
| XXXXXX7507 - Money Market Account (Interest Earn | $10,238.79 | $644.15 | $0.00 |
| XXXXXX7620 - BofA - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX9195 - Checking Account | $0.00 | $34.72 | $0.00 |
| | $15,096.79 | $15,096.79 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,096.79 |
| Total Gross Receipts: | $15,096.79 |